USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                           :

LUIS ESPINOSA,                                                        :

Petitioner,                                                               :          ORDER

                           :

     -against-                                                    :

                           :          26-CV-2653 (NSR)

PAMELA BONDI, in her Official Capacity as the        :
U.S. ATTORNEY GENERAL, *et al*.                         :

                           :

Respondents.                                                          :
-------------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

The Court is in receipt of Petitioner's Verified Emergency Petition for Writ of Habeas

Corpus and Complaint for Declaratory and Injunctive Relief. (ECF No. 1.) Although Petitioner

did not file a separate motion specifically requesting emergency relief, a review of the submission

indicates that he seeks urgent relief. Accordingly, the Government is directed to respond to

Petitioner's submission in the form of an opposition by April 10, 2026, at 12:00 p.m. Petitioner is

directed to file any reply by April 16, 2026, at 12:00 p.m. If Petitioner has not already done so, he

is further directed to serve his motion papers on the respective Government Respondents.

Dated: March 31, 2026                                    SO ORDERED
       White Plains, New York

                                 _____
                                   Hon. Nelson S. Roman
                                   U.S. District Court, S.D.N.Y.

1