USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 4/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ESINOSA,

Petitioner,

v.

PAMELA BONDI, et al.,

Respondents.

No. 26 Civ. 2653 (NSR)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, petitioner Luis Espinosa ("petitioner") filed this habeas action on March 31, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE); and

WHEREAS, ICE released petitioner from custody on April 9, 2026; therefore

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 10, 2026

LAW OFFICE OF THEODORE COX

By: ______________________
THEODORE NORWOOD COX
325 Broadway, Suite 201
New York, New York 10007
Telephone: (212) 925-1208
E-mail: tedcoxecf@gmail.com
*Attorney for Petitioner*

Dated: New York, New York
April 10 __, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: Janet Guyon
JANET LYNNE GUYON
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (917) 484-0324
E-mail: janet.guyon@usdoj.gov
*Attorney for Respondents*

SO ORDERED.

______________________
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dated: April 10, 2026
White Plains, NY